# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) DARRELL GOINS, ) ) Defendant. ) ) | Criminal Action No. 24-432 (RBW) |

## ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 30, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 30, is **GRANTED**.[1] It is further

**ORDERED** that the status hearing currently scheduled for Tuesday, January 28, 2025, is **VACATED**. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

---

[1] The Court is dismissing this case based on the government's motion that was submitted following the issuance of the President's pardon, despite the government's earlier allegations that resulted in the issuance of an Indictment charging the defendant with committing the crimes of: (1) Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); (2) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b); (3) Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); (4) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); (5) Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); (6) Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A); (7) Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); (8) an Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F); and (9) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). See Indictment as to Darrell Goins at 1–5, ECF No. 20. The defendant denied these allegations and entered a plea of not guilty to all of these charges. See Minute Entry (Oct. 4, 2024).

**SO ORDERED** this 27th day of January, 2025.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge
